UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

IN RE:

    CRISTINA CASTRO            HONORABLE SCOTT W. DALES
                                      CASE NO. 17-03158-SWD
                                        CHAPTER 13

    DEBTOR.
_____/
LYNN A. OSBORNE (P66545)
Attorney for Debtor
401 W. Ionia Street
Lansing, MI 48933
(517) 708-2992
--------------------------------
CRAIG S. SCHOENHERR, SR. (P32245)
Attorney for Creditor
O'REILLY RANCILIO P.C.
Sterling Town Center
12900 Hall Road, Suite 350
Sterling Heights, MI 48313-1151
(586) 997-6481
(586) 726-1000
_____/

**BRIEF IN SUPPORT OF MOTION OF HYUNDAI LEASE TITLING TRUST FOR RELIEF FROM THE AUTOMATIC STAY AND CO-DEBTOR STAY AND FOR WAIVER OF PROVISIONS OF FRBP 4001(a)(3)**

    The Creditor, in support of its Motion for Relief from the Automatic Stay and Co-Debtor Stay and for Waiver of Provisions of FRBP 4001(a)(3), relies on 11 U.S.C. §§ 361-363, 11 U.S.C. § 1301(a) and L.B.R. 9013 and 4001-1 (W.D.M.).

                                                      */s/ Craig S. Schoenherr, Sr.*
                                                      _____
                                                      CRAIG S. SCHOENHERR, SR. (P32245)
                                                      Attorney for Creditor
                                                      12900 Hall Road, Suite 350
                                                      Sterling Heights, MI  48313-1151
                                                      (586) 726-1000
                                                      ecf@orlaw.com

DATED:  August 21, 2020