UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

IN RE:

    CRISTINA CASTRO                         HONORABLE SCOTT W. DALES
                                                          CASE NO. 17-03158-SWD
                                                          CHAPTER 13

    DEBTOR.

_____/

**NOTICE OF MOTION OF HYUNDAI LEASE TITLING TRUST FOR RELIEF FROM THE AUTOMATIC STAY AND CO-DEBTOR STAY AND FOR WAIVER OF PROVISIONS OF FRBP 4001(a)(3)**

    Hyundai Lease Titling Trust has filed papers with the court for Relief from the Automatic Stay and Co-Debtor Stay.

    **Your rights may be affected**.  **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one).**

    If you do not want the court to terminate the automatic stay or co-debtor stay, or if you want the court to consider your views on the motion for relief from the automatic stay, within 14 days, you or your attorney must:

    1.    File with the court a written response or an answer, explaining your position, at[1]:

Clerk of the Court<br>
United States Bankruptcy Court<br>
1 Division Ave N, Room 200<br>
Grand Rapids, MI  49503

    If you mail your response to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

    You must also mail a copy to:

| | |
|---|---|
| Craig S. Schoenherr, Sr. (P32245) | Barbara P. Foley |
| Attorney for Creditor | Chapter 13 Trustee |
| O'Reilly Rancilio P.C. | P.O. Box 51109 |
| 12900 Hall Road, Suite 350 | Kalamazoo, MI 49005-1109 |
| Sterling Heights, MI  48313-1151 | |

    2.    If a response or answer is timely filed and served, the clerk will schedule a hearing on the motion and you will be served with a notice of the date, time, and location of the hearing.

**If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.**

*/s/ Craig S. Schoenherr, Sr.*

———————————————
CRAIG S. SCHOENHERR, SR. (P32245)
Attorney for Creditor
12900 Hall Road, Suite 350
Sterling Heights, MI  48313-1151
(586) 726-1000
ecf@orlaw.com

DATED: August 21, 2020

---

[1]Response or answer must comply with Fed. R. Civ. P. 8(b), (c) and (e)