UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

IN RE:

    CRISTINA CASTRO           HONORABLE SCOTT W. DALES
                                             CASE NO. 17-03158-SWD
                                             CHAPTER 13

    DEBTOR.
_____/
LYNN A. OSBORNE (P66545)
Attorney for Debtor
401 W. Ionia Street
Lansing, MI 48933
(517) 708-2992
---------------------------------
CRAIG S. SCHOENHERR, SR. (P32245)
Attorney for Creditor
O'REILLY RANCILIO P.C.
Sterling Town Center
12900 Hall Road, Suite 350
Sterling Heights, MI 48313-1151
(586) 997-6481
(586) 726-1000
_____/

**CERTIFICATE OF SERVICE OF MOTION OF HYUNDAI LEASE TITLING TRUST FOR RELIEF FROM THE AUTOMATIC STAY AND CO-DEBTOR STAY AND FOR WAIVER OF PROVISIONS OF FRBP 4001(a)(3)**

    CRAIG S. SCHOENHERR, SR., being duly sworn, says that on the 21st day of August, 2020, a copy of the Motion of for Relief From the Automatic Stay and Co-Debtor Stay and for Waiver of Provisions of FRBP 4001(a)(3), Brief in Support, Notice of Motion and this Certificate of Service was served upon;

| | |
|---|---|
| Barbara P. Foley | Lynn A. Osborne |
| Trustee | Attorney for Debtor |
| P.O. Box 51109 | 401 W. Ionia Street |
| Kalamazoo, MI 49005-1109 | Lansing, MI 48933 |

    electronically pursuant to the court notice of service, and

| | |
|---|---|
| Office of the U.S. Trustee<br>The Ledyard Building, 2nd Floor<br>125 Ottawa NW, Suite 202R<br>Grand Rapids, MI 49503 | Cristina Castro<br>207 W. Jackson St.<br>Lansing, MI 48906<br><br>Berin Castro-Montoya<br>207 W. Jackson St.<br>Lansing, MI 48906 |

by placing documents in an envelope, correctly addressed and placing same in the United States Mail with postage prepaid.

*/s/ Craig S. Schoenherr, Sr.*
_____
CRAIG S. SCHOENHERR, SR. (P32245)
Attorney for Creditor
12900 Hall Road, Suite 350
Sterling Heights, MI  48313-1151
(586) 726-1000
ecf@orlaw.com